# ARSENEAULT & FASSETT, LLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| JACK ARSENEAULT<br>arseneault@af-lawfirm.com<br>DAVID W. FASSETT<br>fassett@af-lawfirm.com<br>GREGORY D. JONES<br>jones@af-lawfirm.com<br>LAURA STUART<br>Also ADMITTED IN NEW YORK<br>stuart@af-lawfirm.com | 560 MAIN STREET<br>CHATHAM, NEW JERSEY 07928<br>(973) 635-3366<br>FAX (973) 635-0855<br>EMAIL info@af-lawfirm.com | *Of Counsel:*<br>RICHARD H. CHAMPION<br>ADMITTED IN NEW YORK<br>ADMITTED IN MARYLAND<br>ADMITTED IN DISTRICT OF COLUMBIA<br>panicatax2@msn.com<br><br>*Of Counsel:*<br>ANTHONY M. GRUPPUSO<br>ALSO ADMITTED IN NEW YORK<br>gruppuso.legal@outlook.com |

November 22, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  RE: **Maurer v. Cardinal Group, LLC**
     **Civil No. 24-6560 (MAS) (RLS)**

Dear Judge Singh:

  We represent Defendant Cardinal Group, LLC. We are pleased to report that the parties have agreed to a settlement in principle, subject to their finalizing a written agreement memorializing the settlement's terms and conditions. Should the Court approve, please enter an Order marking the case as settled subject to reinstatement within 60 days in the unlikely event the parties cannot consummate the agreement.

  We thank the Court for considering this submission.

                 Respectfully,

                 /s/ David W. Fassett

cc:  All Counsel (via ECF)