IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| MAURER, et al | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No. 3:24-cv-06560-MAS-RLS |
| | : |
| CARDINAL GROUP, LLC, | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

It is hereby stipulated and agreed, by and between the Plaintiffs and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice and without costs, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this __18th__ day of __December__ 2024,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiffs,
Dennis Maurer and The
Independence Project Inc.*

/s/ David W. Fassett
David W. Fassett, Esq.
Arseneault & Fassett, LLC
560 Main St
Chatham, NJ 07928
(973) 635-3366
(973) 635-0855 Fax
fassett@af-lawfirm.com
*Attorney for Defendant,
Cardinal Group, LLC*

So Ordered this 21st day of February 2025.

_____
Honorable Michael A. Shipp, U.S.D.J.